# Exhibit 2



PRODUCTS   SUPPORT   COVERAGE   SOFTWARE   DEALERS   DIAGNOSTIC   ABOUT

Home > Product > 1-Sensor R (Press-in)

English



# 1-Sensor R (Press-in)

PROGRAMMABLE UNIVERSAL TPMS SENSOR
Autel 1-Sensor R combines both 315MHz + 433MHz frequencies into one TPMS sensor with the highest industry vehicle coverage. The exclusive MX-Sensor patented PRESS release valve stem design, allows rubber and metal valve stems to freely interchange by hand, without requiring a tool for sensor head fitting. Built to match or exceed OEM sensors in frequency strength and durability, MX-Sensors are 100% ID clone-able with no relearn required and offer latest model vehicle coverage because they quickly update with an Autel wireless programming tool.

   

Description   Specifications   Comparison   Downloads

Accessories

# 98% VEHICLE COVERAGE LIMITED 1-SKU INVENTORY

An easy to use and cost effective necessity for any shop performing TPMS repairs, the Autel 1-SKU sensor inventory solution with 98% vehicle coverage eliminates the need for distributors to carry the hundreds of sensors to fulfill shop orders. On the shop level, needing only 1-Sensor to service nearly every TPMS equipped vehicle means lower repair cost and higher install efficiency.





# EXCLUSIVE PRESS RELEASE INTERCHANGEABLE VALVE STEMS

The patented press release valve design allows interchangeable rubber and metal valves to be easily replaced in the same sensor head by hand, with no valve fitting tool required. Simply click in and press out. Installing TPMS sensors has never been so easy.

# MAXIMUM SIGNAL STRENGTH WIRELESS PROGRAMMING

The extraordinary sensor signal strength allows AUTEL 1-Sensor to be easily programmed wirelessly even when the sensors have already been mounted to the wheel. And with strong signal strength, now up to 16 sensors can be programmed in one session with AUTEL latest TPMS tools. AUTEL MX-Sensor is 100% clone-able. No relearn is required when the MX-Sensor is cloned with the original sensor ID and put in the same position.





# SUPERIOR BATTERY RELIABILITY LOWER SENSOR WEIGHT

With the highest quality materials and advanced TPMS technology, AUTEL 1-Sensor provides superior battery life and reliability, to match OE sensor battery performance. The 1-Sensor body weighs only 12g, making it significantly lighter than most sensors in the market, which ensures better sensor stability and performance.

# SAE TESTED & CERTIFIED
# STRICT QUALITY CONTROL

AUTEL high-quality MX-Sensor is tested and certified to meet SAE industry standard J1205 / J1206 testing. AUTEL guarantees MX-Sensor are free from manufacturing defects for a period of 24 months or 24,000 miles, whichever option comes first. Each Autel MX-Sensor has a series number for assuring quality control. The series number is imprinted on the sensor or can be read with Autel TPMS tools. With the series number, Autel can track the sensor quality from our factory manufacturing to ensure only the highest quality parts are installed.



Subscribe to access our updates, xclusive contents & special offers

| | | | |
|---|---|---|---|
| **ABOUT** | **PRODUCTS** | **SUPPORT** | **LEGAL** |
| Contact Us | MaxiTPMS TS608 | Tech Support | Terms of Use |
| About Us | MaxiTPMS TS508 | Forum | Privacy Policy |
| Latest News | MaxiTPMS TS401 | FAQs | |
| Become a Dealer | MaxiTPMS TS501 | Downloads | **CONTACT US** |
| Feedback | MaxiTPMS TS601 | Videos | Customer & Tech Support |
| | MaxiSys MS906TS | Warranty & Return | Phone: 855-288-3587 Mon-Fri 9am-6pm (US) |
| | MaxiTPMS PAD | Tutorial Articles | 0049 (0) 61032000522 (EU) |
| | MX-Sensor | Update Instructions | Email: ussupport@autel.com (US) |
| | | Freshdesk | sales.eu@autel.com (EU) |
| | | | support.eu@autel.com (EU) |

© Intelligent Technology Corp.,Ltd. 2004-2020, All Rights Reserved.

