# Exhibit 5

# MAXI TPMS

## COMPREHENSIVE TPMS SERVICE TOOLS

Do you already own an Autel TPMS tool? Download FREE software updates for all your Autel TPMS tools and your outdated tool will function like new! Autel.com updates provide the latest TPMS diagnostic coverage, OE learning procedures and the ability to clone and program Autel MX-Sensors. The full line of MaxiTPMS tools is specially designed to activate any known OEM / Universal TPMS sensors, reprogram the Autel MX-Sensors to the vehicle's ECU, and turn off the TPMS warning light. Tool software can be regularly updated for current vehicle coverage.



DOWNLOAD **FREE** SOFTWARE
ONE YEAR LIMITED WARRANTY



## EASY TO USE SOFTWARE

Multiple new features were designed and released for all three levels of Autel TPMS tools, making your diagnostic service easier to navigate. The TS401 software can now program and relearn Autel MX-Sensors making this tool an industry leader for value performance. The TS501 and TS601 updated TPMS status screen now easily shows if the sensor battery needs to be replaced soon. All three tools provide a quick access to the faulty sensors and deliver a TPMS diagnosis to help complete the service more effectively and efficiently.

## TPMS PACKAGE KIT

The TS501K package kit is a perfect All-In-One TPMS solution, combining the TS501 tool with eight Autel MX-Sensors for total TPMS service repair. An assortment of 6 metal stem and 2 rubber stem MX-Sensors are included to insure you have all you need in hand to replace 98 percent of all OE sensors. The TS501K offers the technician a complete solution to vehicle TPMS diagnostics, relearn and sensor programming.



  
---

# AUTEL® MaxiTPMS™

## FEATURES COMPARISON CHART

### MOST POWERFUL TPMS DIAGNOSTIC & SERVICE TOOL



### MAXITPMS - TS601

- INCLUDES SAME TS501 FEATURES PLUS
- COMPLETE TPMS SYSTEM DIAGNOSTICS
- LIVE TPMS DATA STREAM
- ADJUST TIRE SIZE PLACARD VALUES
- GENERIC OBD II POWERTRAIN TESTING

### OBDII CONNECTOR FOR TPMS DIAGNOSTICS




### MAXITPMS - TS501K

**PACKAGED AS KIT WITH 8 SENSORS**
**6 METAL STEM / 2 RUBBER STEM**

- INCLUDES SAME TS401 FEATURES PLUS
- OBD II INTERFACE TO EXTRACT TPMS CODES
- DETECT & DISPLAY TPMS SYSTEM FAULTS
- READ & CLEAR TPMS INFORMATION

### OBDII CONNECTOR FOR TPMS DIAGNOSTICS




### MAXITPMS - TS401

- ACTIVATE SENSORS & RETRIEVE DATA
- DISPLAY RELEARN PROCEDURES
- STEP BY STEP GRAPHIC DIRECTIONS FOR OE RELEARN PROCEDURES
- AUTEL MX-SENSOR PROGRAMMING
- UPDATEABLE SOFTWARE

| TS401 | TS501 / TS601 | Tool Resistant | Li-Polymer | Auto Power Off | INCLUDED | Receives Both Sensors |
|---|---|---|---|---|---|---|
|  128x64 B/W Backlit Display |  320x240 TFT Color Display |  Grease & Water |  3.7V Built In Rechargeable |  Battery Life Conservation |  4GB Class 4 SD Memory Card |  315Mhz 433Mhz |

### REPLACEMENT UNIVERSAL AUTEL MX-SENSORS SOLD SEPARATELY



| 315MHz | 315MHz | 433MHz | 433MHz |
|---|---|---|---|
| METAL STEM | RUBBER STEM | METAL STEM | RUBBER STEM |

### DO YOU HAVE AN AUTEL TPMS TOOL?

# DOWNLOAD FREE SOFTWARE UPDATES

AUTEL.COM UPDATES PROVIDE THE LATEST TPMS DIAGNOSTIC COVERAGE, OE LEARNING PROCEDURES AND THE ABILITY TO CLONE AND PROGRAM AUTEL MX-SENSORS

# MS906TS
## AFFORDABLE SCAN TABLET + TPMS DIAGNOSTICS

# NEXT GENERATION TPMS



## WHY BUY A SECONDARY TPMS TOOL?

## TPMS EVOLUTION

The MaxiSYS MS906TS is an ALL-IN-ONE industry first combining advanced diagnostics with complete TPMS functionality. Now technicians don't need multiple devices to trigger, program, or relearn Autel MX-Sensors with one ultra-fast, lightweight, wireless, touch screen scan tablet.

## EMBEDDED TPMS ANTENNA

Combining next generation hardware with powerful software for the price conscious technician that requires advanced level diagnostics to scan all vehicle systems and quickly perform complete TPMS diagnostics.

 WWW.MAXITPMS.COM    WWW.AUTEL.COM

# AUTEL MAXISYS

## FEATURES COMPARISON CHART

### BUILT-IN COMPLETE TPMS FUNCTIONALITY

**MAXISYS - MS906TS**



- INCLUDES SAME MS906 FEATURES PLUS
- EMBEDDED TPMS ANTENNA TRIGGERS ALL KNOWN SENSORS
- CLONE & PROGRAM AUTEL MX-SENSORS
- COMPLETE TPMS SYSTEM DIAGNOSTICS
- TPMS STATUS SCREEN INSTANTLY PINPOINTS SYSTEM FAULTS AND VIEW TPMS STATUS
- DOUBLE THE BATTERY SIZE OF THE MS906



### WIRELESS BLUETOOTH OBDII CONNECTOR

### COVERS DOMESTIC, ASIAN AND EUROPEAN VEHICLES (1996 TO PRESENT)

|  |  |  |  |  | MS906TS  |
|---|---|---|---|---|---|
| Grease & Water resistant | 1.3 GHz Quad-core | 8MP Camera | 8 INCH Color LED Display | SSD 32G Solid state drive | 10000mAH Lithium-polymer battery |

## OPTIONAL COMPATIBLE ACCESSORIES

**MAXIVIDEO-MV105**
- 5.5MM DIAMETER HEAD
- 320 X 540 PIXEL RESOLUTION
- LED LIGHT INSPECTION AREA
- WATERPROOF USB CABLE
- FLEXIBLE CABLE REACHES 1M
- VIEWING DISTANCE 1" TO 14"

**MX-SENSORS**
UNIVERSAL PROGRAMMABLE TPMS COVERING 98% OF ALL OE SENSORS ON MARKET
**2 TPMS SENSOR TYPES (WITH TWO VALVE TYPES)**

**MAXISCOPE-MP408**
- DIGITAL OSCILLOSCOPE
- 4-CHANNEL CONTROL PANEL
- 5 FT. USB CABLE
- TWO ATTENUATORS
- MULTIMETER & ACUPUNCTURE PROBE SETS INCLUDED

## 1 YEAR WARRANTY / 1 YEAR FREE SOFTWARE UPDATES

AUTEL.COM UPDATES PROVIDE THE LATEST TPMS DIAGNOSTIC COVERAGE, OE LEARNING PROCEDURES AND THE ABILITY TO CLONE AND PROGRAM AUTEL MX-SENSORS

## TRIGGER ACTIVATION



## LIVE DATA GRAPHING



# ■ MX-SENSORS

**PROGRAMMABLE UNIVERSAL TPMS SENSORS**

Autel's MX-Sensors are programmable universal OE replacement TPMS sensors and only require two sensor types to cover all OE fitted sensor replacements with a programming tool. MX-Sensors offer the latest model TPMS coverage because sensors update during installation. This 4-SKU solution greatly reduces inventory investment and provides simple assembly to minimize installation time.

Covering 98% of All OE Senosrs On Market US, European and Asian Manufacturers

Autel's MX-Sensor valves are tested independently and certified to meet and exceed the SAE industry standard J1205 / J1206 ratings. OE level signal durability and functionality insures customers are installing only the highest quality sensors.



**METAL STEM** (Clamp-in)

315MHz 433MHz
433MHz 315MHz

**RUBBER STEM** (Snap-in)



MEETS INDUSTRY STANDARD
**SAE**
J1205 / J1206 TESTING

## ■ QUALITY TESTED

- Automotive Grade Materials to Resist Corrosion and Severe Weather Conditions
- High-Precision Air Valve to Prevent Leaks
- Longest Lasting Automotive Grade Battery



| Valve Option | Clamp In |
|---|---|
| Frequency | 315MHz |
| Dimensions | 55.1 x 21.8 |
| TPMS Weight | 18.5g |

**MX-sensor**
PROGRAMMABLE UNIVERSAL TPMS SENSORS
315 MHz **METAL STEM**

| Valve Option | Clamp In |
|---|---|
| Frequency | 433MHz |
| Dimensions | 55.1 x 21.8 |
| TPMS Weight | 18.5g |

**MX-sensor**
PROGRAMMABLE UNIVERSAL TPMS SENSORS
433 MHz **METAL STEM**



| Valve Option | Snap In |
|---|---|
| Frequency | 315MHz |
| Dimensions | 54.2 x 19.1 |
| TPMS Weight | 15.6g |

**MX-sensor**
PROGRAMMABLE UNIVERSAL TPMS SENSORS
315 MHz **RUBBER STEM**



| Valve Option | Snap In |
|---|---|
| Frequency | 433MHz |
| Dimensions | 54.2 x 19.1 |
| TPMS Weight | 15.6g |

**MX-sensor**
PROGRAMMABLE UNIVERSAL TPMS SENSORS
433 MHz **RUBBER STEM**

| Battery Life | 7years |
|---|---|
| Battery Voltage | 3.0V |
| Operating Temp | -40°C to +125°C |
| Temp Accuracy | ±5°C |

| Pressure Range | 0 to 900kpa |
|---|---|
| Pressure Accuracy | ±10kpa |
| G Sensor Accuracy | ±15% |
| Transmission Power | 5-8dBm |

---

# ■ TPMS DISPLAY

**FREE MX-SENSOR INVENTORY DISPENSER**

The Autel MX-Sensor POP Display is a plastic wall hanger and vertical TPMS sensor inventory dispensor that holds 11 sensors. The clear gravity-feed chute provides retail inventory visibility and organization to select from the bottom without dropping.

The display comes ready to use and easily restocked at the top divide for front and back display. There are two MX-Sensor display options available to order, each display comes with 6 metal stem and 5 rubber stem sensors. Installation instructions are included with each order.



### ■ MX315MERCH - 315 MHz

**6 Metal Stem / 5 Rubber Stem
Quantity of 11 Autel MX-Sensors**

- 315MHz MX-Sensor FREE POP Display
- Order Quantity of 11 Autel 315MHz MX-Sensors
- 6 Metal Stem / 5 Rubber Stem MX-Sensors
- Display Installation Instructions

### ■ MX433MERCH - 433 MHz

**6 Metal Stem / 5 Rubber Stem
Quantity of 11 Autel MX-Sensors**

- 433MHz MX-Sensor FREE POP Display
- Order Quantity of 11 Autel 433MHz MX-Sensors
- 6 Metal Stem / 5 Rubber Stem MX-Sensors
- Display Installation Instructions

## ■ HOW TO ORDER

**MINIMUM QUANTITY OF 6 DISPLAYS PER ORDER - TOTAL OF 66 SENSORS**

Six MX-Sensor POP displays ship in the same order box. Order this item number to receive the FREE display. "MX315MERCH" for the 315MHz sensor displays, or "MX433MERCH" for the 433MHz sensor displays.

## ■ MEASUREMENTS

One MX-Sensor Display: 19" x 3.25" x 3.5"
One Empty Display: 0.8 Lbs. / One Full Display with 11 Sensors: 1.10 Lbs.
6 Full Displays in Shipping Box: 3 Lbs. / 15.8" x 7.35" x 15.75"

### ■ PRE-LOADED WITH 11 MX-SENSORS

---

 

# SINGLE SCREEN VIEW

Autel's exclusive At-A-Glance diagnostics feature pinpoints system faults by comparing sensor and ECU data. The TPMS Status Screen design allows you to clearly read direct feedback from all 4 sensors displayed together on one easy to read, multicolor screen.



## STATUS SCREEN

| No Codes | TPMS Status | |
|---|---|---|
| 1 | Front Left | ))) |
| 2 | Rear Left | ✕ |
| 3 | Rear Right | ✕ |
| 4 | Front Right | ))) |
| 5 | Spare | ✕ |

Sensor ID and ECU ID match.
ECU ID not registered. Sensor OK.
Sensor ID does not match ECU ID location.
ECU saved last known sensor ID. Sensor is faulty.
ECU ID not registered. Sensor is bad.

# TS501 & TS601 FEATURES

## ICON START MENU

TPMS    RKE&RF    Setting
Update Mode    Latest Test    Review Date

## PROGRAM OPTIONS

Front Right
1  Copy by Activation
2  Copy by OBD
3  Auto Create
4  Manual Create

The IDs will be written, are you sure?
No        Yes

## SENSOR INFO DISPLAY

Information
POS.        IDs
FL        8DDED2
FR        8DDRG5
RR        8DDTY7
RL        9000F5

The IDs will be written, are you sure?
No        Yes

## STATUS SCREEN

| No Codes | TPMS Status | |
|---|---|---|
| 1 | Front Left | ))) |
| 2 | Rear Left | ✕ |
| 3 | Rear Right | ))) |
| 4 | Front Right | ))) |
| 5 | Spare | ✕ |

Single screen organization to view status of all TPMS features and instantly pinpoint system faults.

## PROGRAM SENSORS

FL Sensor Programming



[Y]=Programming  [N]=Exit
ID Number: 8D004B1B H

Easy to use tool navigation offers on-screen instructions with guided visual details for all tool functions.

## ACTIVATE SENSORS

Chrysler 300C 2007.06- 5 Wheels

Psi
0



[📶]=Trigger [Y]=ALL IDs

Easily perform sensor activation with ECU using the diagram displays of the activation screen.

# TS601 OBDII DIAGNOSTICS

## EASY TO USE MENUS

Diagnostic Menu
1  Write IDs to Vehicle
2  Read IDs from Vehicle
3  Read Codes
4  Erase Codes
5  Live Data
6  Active Test
7  Special Function
8  I/M Readiness

## EMISSION TESTING

I/M Readiness

| MIL | ✕ | IGN | Spark |
|---|---|---|---|
| DTC | 5 | Pd DTC | 3 |
| MIS | ✓ | EVAP | ⊘ |
| FUE | ✓ | AIR | ⊘ |
| CCM | ✓ | O2S | ⊘ |
| CAT | ✓ | HRT | ⊘ |
| HCAT | ✓ | EGR | ⊘ |

## LIVE DATA GRAPHING

Engine RPM        0
Vehicle Speed Sensor    0  km/h
                        837
                        100

                        787
                        -100
Pause    Text    Save

# MAXISYS 906TS DIAGNOSTICS

## TRIGGER ACTIVATION



## SYSTEM COVERAGE

| Renault | Dacia | Ferrari | HSV |
| Lamborghini | Lotus | Maserati | Land Rover |
| Jaguar | Fiat | Alfa Romeo | Lancia |

## SENSOR PROGRAMMING

Do you want to program this sensor?
The ID(HEX) is: 73578C44

Copy by Active    Copy by OBD    Manual Created    Auto Create    Back

## LIVE DATA GRAPHING



☑ 101 Engine speed(1/min)        1713
☑ 114 Idle: Target speed(1/min)    1373
☐ 115 Oil pressure(hPa)        2774

☐ 102 Coolant temperature        45    °C
☐ 103 Engine oil temperature        39.75    °C
☐ 104 Battery voltage        14.86    V

# TS408 & TS508 FEATURES

## ICON START MENU

TPMS    RKE&RF    Setting
Update    Latest Test    Review Date

## SENSOR PROGRAMMING

Chrysler Crossfire 2005/1-2011/12(433MHz)



[📶]=Trigger    [Y]=All IDs

## SIMPLIFIED OPTIONS

Honda Accord 2008/01-2012/12(315MHz)
1  TPMS Diagnostic
2  Relearn Procedure
3  Sensor Information
4  OBD Location



# TS401 FEATURES

## ACTIVATION SCREEN

Toyota Corolla 2009
Front Left



ID:  C81706F8 H
Pres:    32 Psi
Temp:    78.0 °F
Fre:    315MHz
Battery:  Normal

## PROGRAMMING

FL Programming



Freq = 433 MHZ
[Y] = Programming
[N] = EXIT

ID Number:
242969983 D

## RELEARN PROCEDURES

Toyota Corolla 2009        5/10

5. Switch ignition to off and unplug the diagnostic tool.
6. Check the instrument cluster.







WWW.MAXITPMS.COM     LIVE CHAT    WWW.AUTEL.COM