# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ORANGE ELECTRONIC CO. LTD. § | |
| § | |
| v. § | CASE NO. 2:21-cv-00240-JRG |
| § | |
| AUTEL INTELLIGENT TECHNOLOGY § | |
| CORP., LTD. § | |

## MINUTES FOR MARKMAN HEARING
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### December 16, 2022

**OPEN:** 08:58 AM                                                                **ADJOURN:** 10:08 AM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANT: | See attached |
| TECHNICAL ADVISOR: | Michael Paul |
| LAW CLERK: | Patrick Clark |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:58 AM | Court opened. |
| 08:59 AM | Court called for announcements from counsel. |
| 09:00 AM | Court began hearing claim construction arguments on a claim-by-claim basis.<br><br>Presented argument on behalf of Plaintiff: Mr. Pellegrini.<br><br>Presented argument on behalf of Defendant: Mr. Nese and Mr. Fahy. |
| 10:07 AM | Arguments concluded. |
| 10:08 AM | Court to take claim construction under submission. |
| 10:08 AM | Court adjourned. |