**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ORANGE ELECTRONIC CO. LTD., | § | |
| | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO.  2:21-CV-00240-JRG** |
| | § | |
| AUTEL INTELLIGENT TECHNOLOGY | § | |
| CORP., LTD., | § | |
| | § | |
| | § | |
| *Defendant.* | § | |

## <u>VERDICT FORM</u>

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used herein, the following terms have the following meanings:

- "**Plaintiff**" or "**Orange**" refers to Orange Electronic Co. Ltd.

- "**Defendant**" or "**Autel**" refers to Autel Intelligent Technology Corp., Ltd.

- The "**'064 Patent**" refers to U.S. Patent No. 8,031,064.

- The "**Asserted Claims**" refer collectively to Claims 26 and 27 of the '064 Patent.

## **IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM**

## **READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT COMPLIES WITH THEM**

**INFRINGEMENT - QUESTION No. 1:**

Did Orange, the Plaintiff, prove by a preponderance of the evidence that Autel, the

Defendant, infringed any of the Asserted Claims of the '064 Patent?

For each claim below, please answer "Yes" or "No"

Claim 26:   Yes:_____X_____        No:_____

Claim 27:   Yes:_____X_____        No:_____

**INVALIDITY - QUESTION No. 2:**

Did Autel, the Defendant, prove by clear and convincing evidence that any of the

Asserted Claims of the '064 Patent are invalid as obvious?

    For each claim below, please answer "Yes" or "No"

    Claim 26:    Yes:_____    No:_____ ✗

    Claim 27:    Yes:_____    No:_____ ✗

**INELIGIBILITY - QUESTION No. 3:**

Did Autel, the Defendant, prove by clear and convincing evidence that the claim elements of the '064 Patent, both individually and as an ordered combination, involve only technology that was well-understood, routine, and conventional at the time of the alleged invention?

Yes:_____          No:_____╳_____

**If you answered "NO" to ALL Asserted Claims in Question No. 1, OR "YES" to ALL Asserted Claims in Question No. 2, OR "YES" to Question No. 3, then DO NOT answer Question Nos. 4 or 5.**

**Answer Question No. 4 ONLY as to any Asserted Claims that you have found to be infringed, NOT invalid, and if you answered Question No. 3 "NO".**

**QUESTION No. 4:**

Did Orange, the Plaintiff, prove by a preponderance of the evidence that Autel, the Defendant, **willfully infringed any** of the Asserted Claims that you found were infringed and not invalid?

Yes:_____X_____      No:_____

**If you answered "NO" to ALL Asserted Claims in Question No. 1, OR "YES" to ALL Asserted Claims in Question No. 2, OR "YES" to Question No. 3, then DO NOT answer Question Nos. 4 or 5.**

**Answer Question No. 5 ONLY as to any Asserted Claims that you have found to be infringed, NOT invalid, and if you answered Question No. 3 "NO".**

QUESTION No. 5:

What sum of money, if paid now in cash, has Orange, the Plaintiff, proven by a preponderance of the evidence would compensate it for its damages for infringement from May 15, 2020 through April 30, 2023?

Answer in United States Dollars and Cents, if any:

$ _____ 6,616,397.00 _____

## FINAL PAGE OF THE JURY VERDICT FORM

You have now reached the end of the Verdict Form and should review it to ensure that it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this ___8th___ day of June 2023.

_____

Jury Foreperson