# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **ORANGE ELECTRONIC CO. LTD.** | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 2:21-CV-00240-JRG |
| **AUTEL INTELLIGENT TECHNOLOGY CORP., LTD.** | § | |
| | § | |

## MINUTES FOR JURY TRIAL DAY NO. 4
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### June 8, 2023

**OPEN:** 08:04 AM                                              **ADJOURN:** 02:40 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANT: | See attached |
| LAW CLERKS: | Harris Huguenard<br>Dallas Jackson<br>Jeffrey Jacobsen |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:04 AM | Court opened. |
| 08:04 AM | Exhibits used prior day read into the record. |
| 08:06 AM | Court took up Rule 50(a) motions. |
| 08:06 AM | Court provided instruction to the parties re: hearing of Rule 50(a) motions. |
| 08:07 AM | Court began hearing argument on Rule 50(a) motions. |
| 08:30 AM | Arguments concluded. |
| 08:30 AM | Court made rulings as set forth in the record. |
| 08:30 AM | Completion of Rule 50(a) motions hearing. |
| 08:30 AM | Informal charge conference to be held in chambers (off the record) following recess. |
| 08:31 AM | Recess. |
| 10:01 AM | Court reconvened. |
| 10:03 AM | Formal charge conference started. |
| 10:03 AM | Mr. Pellegrini argued for the Plaintiff.  Mr. Bakewell argued for the Defendant. |
| 10:09 AM | Formal charge conference completed. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:10 AM | Recess. |
| 10:36 AM | Court reconvened. |
| 10:41 AM | Jury entered the courtroom. |
| 10:42 AM | Court provided instructions to Jury. |
| 11:37 AM | Closing argument by Plaintiff's counsel, Mr. Rabena. |
| 12:03 PM | Additional closing argument by Plaintiff's counsel, Mr. Mandir. |
| 12:15 PM | Closing argument by Defendant's counsel, Mr. Culbertson. |
| 12:50 PM | Final closing argument by Plaintiff's counsel, Mr. Rabena. |
| 12:52 PM | Closing arguments concluded. |
| 12:52 PM | Court gave final instructions to the Jury. |
| 12:57 PM | Jury retired to jury room to deliberate. |
| 12:58 PM | Court recessed. |
| 02:29 PM | Court reconvened. |
| 02:29 PM | Court informed counsel of a Jury note received by the Court. |
| 02:30 PM | Jury entered the courtroom. |
| 02:32 PM | Court announced the verdict into the record. |
| 02:35 PM | Jurors polled representing a unanimous verdict. |
| 02:40 PM | Jurors released and excused by the Court. |
| 02:40 PM | Court adjourned. |