IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ORANGE ELECTRONIC CO. LTD., <br><br> *Plaintiff*, <br><br> v. <br><br> AUTEL INTELLIGENT TECHNOLOGY CORP., LTD., <br><br> *Defendant*. | Civil Action No. 2:21-CV-00240-JRG |

**JOINT NOTICE REGARDING REDACTIONS TO DKT NO. 215**

The parties jointly notify the Court of their agreement redacting the Memorandum Opinion and Order filed by the Court under seal (Dkt. No. 215). The attached (Exhibit A) is suitable for public viewing.

Dated: April 25, 2024

                                                Respectfully submitted,

                                                */s/ J. Thad Heartfield*
                                                J Thad Heartfield
                                                State Bar No. 09346800
                                                THE HEARTFIELD LAW FIRM
                                                2195 Dowlen Road
                                                Beaumont, TX 77706
                                                Telephone: 409-866-3318
                                                Facsimile: 409-866-5789
                                                Email: thad@heartfieldlawfirm.com

                                                John F. Rabena
                                                Email: jrabena@sughrue.com
                                                William H. Mandir
                                                Email: wmandir@sughrue.com
                                                Fadi N. Kiblawi
                                                Email: fkiblawi@sughrue.com

Carl J. Pellegrini
Email: cpellegrini@sughrue.com
Young Sun Kwon
Email: ykwon@sughrue.com
SUGHRUE MION PLLC
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 293-7060
Facsimile: (202) 293-7860

ATTORNEYS FOR PLAINTIFF,
ORANGE ELECTRONIC CO. LTD.


*/s/ Gary M. Hnath*
Geoffrey Culbertson
TX Bar No. 24045732
PATTON, TIDWELL & CULBERTSON, LLP
2800 Texas Boulevard
Texarkana, TX  75503
Telephone:  (903) 792-5859
Facsimile:   (903) 792-8233
gpc@texarkanalaw.com


Gary M. Hnath *(Lead Counsel)*
James A. Fussell, III
Bryan Nese
Clark S. Bakewell
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-5323
ghnath@mayerbrown.com
jfussell@mayerbrown.com
bnese@mayerbrown.com
cbakewell@mayerbrown.com

Hao Tan
Shen Wang
Peter J. Curtin
Christopher J. Fahy
ARCH & LAKE LLP
203 N. LaSalle St., Ste. 2100
Chicago, IL 60601
Phone: 312-558-1369
Fax: 312-614-1873
haotan@archlakelaw.com
shenwang@archlakelaw.com
pete_curtin@archlakelaw.com
christopher@archlakelaw.com

*Attorneys for Defendant Autel Intelligent Technology Corp., Ltd.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on April 25, 2024.

*/s/ Clark S. Bakewell*
Clark S. Bakewell